| | |
|---|---|
| | CAUSE NO. 3:20-cv-00400 |
| SHAUNE WILSON,<br>          Plaintiff, | IN THE US DISTRICT COURT |
| v. | |
| CODY MOTE AND SAMSON HEAVY HAULING COMPANY, INC.,<br>          Defendants. | DALLAS COUNTY, TEXAS |

**PLAINTIFF SHAUNE WILSON'S NOTICE OF FILING AFFIDAVITS CONCERNING AUTHENTICITY OF MEDICAL EXPENSES PURSUANT TO TEX.CIV.PRAC. & REM. CODES SECTION 18.001**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff **Shaune Wilson** files this notice of service of the following affidavits concerning authenticity of medical records and costs and necessity of services in accordance with 902(10) of the Texas Rules of Evidence. The actual affidavits produced by each custodian of records, along with the medical and billing records to which they pertain, are not being filed with the Court. A copy of each affidavit and the corresponding billing and medical records are being provided to counsel as follows:

    1. Affidavit(s) Concerning Costs and Necessity of Service for **Accident & Injury Chiropractic** - including billing records and medical records for **Shaune Wilson** - served via Email on May 28, 2020.
    2. Affidavit(s) Concerning Costs and Necessity of Service for **Lone Star Radiology** - including billing records and medical records for **Shaune Wilson** - served via Email on May 28, 2020.
    3. Affidavit(s) Concerning Costs and Necessity of Service for **White Rock Open Air MRI** - including billing records and medical records for **Shaune Wilson** - served via Email on May 28, 2020.

Respectfully submitted,

*Chelsey Watts*

_____
Chelsey Watts 24091712 for
James Bauguss III
State Bar No. 24045463
Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75041
(972) 263-5555
(817) 263-5555
(972) 682-7586 Facsimile
eService@benabbott.com

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document was served on all counsel of record and/or pro se parties in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure on this 28th day of May, 2020.

*Chelsey Watts*

_____
Chelsey Watts for James Bauguss III