NII.11867/MPS/CCS, vaw

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| SHAUNE WILSON<br>　　Plaintiff,<br><br>v.<br><br>CODY MOTE and SAMSON HEAVY<br>HAULING COMPANY, INC.<br>　　Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. 3:20-cv-400-B<br>§  JURY<br>§<br>§<br>§ |

### AGREED TAKE NOTHING JUDGMENT

**BE IT REMEMBERED** on this day came on to be heard the above-entitled and numbered cause, and the Court after consideration of the pleadings on file, argument of counsel, and the evidence presented, finds that it has jurisdiction over the parties and subject matter of this cause, and that Judgment should be entered that Plaintiff take nothing by this cause with prejudice.

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that the Plaintiff recover nothing from the Defendants herein.

It is further **ORDERED, ADJUDGED AND DECREED** that all costs of court be taxed against the party by whom incurred.

It is **ORDERED** that all relief not granted herein for or against every party to this cause is denied.

**SIGNED** this _____ day of _____, 2021.

_____
**JUDGE PRESIDING**

AGREED:

/S/ MICHAEL P. SHARP
**MICHAEL P. SHARP**
State Bar No. 00788857
Email: msharp@feesmith.com
**CHRISTOPHER C. SISK**
State Bar No. 24095351
Email: csisk@feesmith.com
**FEE, SMITH, SHARP & VITULLO, L.L.P**
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240
Tel: 972-934-9100
Fax: 972-934-9200
**ATTORNEYS FOR DEFENDANTS**


James Bauguss, III
State Bar No. 24045463
Email: James.bauguss@benabbtt.com
Ben Abbott & Associates, PLLC
1934 Pendleton Drive
Garland, TX 75043
(972) 263-5555
(817) 263-5555
(972) 7586 (Fax)
eService@benabbott.com
**ATTORNEYS FOR PLAINTIFF**